UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America
                      Government,

        -against-

Thaddeus Jones
                      Defendant(s)
------------------------------------------------------------X

FILENAME - P:\CRD FORMS\ MEDICAL FORM (Rev.5/09)

## *MEDICAL FORM*

Before Judge : **George A. Yanthis, U.S.M.J**

Case Number: 11 M 3266

**TO THE WARDEN:**

The defendant has been remanded to the custody of the U.S. Marshals; in lieu of bail. The following information requiring your attention was disclosed to the court. The court directs the Correctional Facility to provide the defendant with the necessary medical treatment.

_____
_____
_____
_____
_____
_____
_____

Dated: 12/27/11
       White Plains, NY

SO ORDERED: _____
George A. Yanthis
United States Magistrate Judge
Southern District of New York